**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:25-cr-60273-PCH

**UNITED STATES OF AMERICA**

**Plaintiff**

**vs.**

**LINDSLEY CHAMBERS, JR. et al,**

**Defendants**

_____/

**UNOPPOSED MOTION BY DEFENDANT PHILIP VALCIN, JR. (5) TO MODIFY BOND CONDITIONS**

AND NOW, Defendant, Philip Michael Valcin, Jr. (5), by his attorney, James A. Swetz, Esq., files the following Unopposed Motion to Modify Bond Conditions:

1.      The Defendant has been charged by Indictment with Conspiracy to Commit Bank Fraud (Count 1-18 U.S.C. §1349), Bank Fraud (Count 9, 13 and 18; 18 U.S.C. § 1344) and Aggravated Identity Theft, (Counts 23, 25 and 26; 18 U.S.C. §  1028A(a)(1)).

2.      Defendant Valcin was arraigned on November 21, 2025 and entered a plea of not guilty.

3.      Defendant Valcin is not detained.

4.      Defendant Valcin posted a personal bond (with surety) in the amount of $100,000.00 and was released on certain conditions specified in D.E. 58 which included home detention and GPS Monitoring.

5.      Mr. Valcin has entered a plea of guilty and is awaiting sentencing on Jnne 12, 2026, at 9:30 AM.

6.　　Mr. Valcin is compliant with the conditions of his pretrial release.

7.　　Mr. Valcin's Bond requires that he be confined to his home [D.E. 58, Special Condition (o)(2)] :

> (2) **Home Detention**.You are restricted to your residence at all times except employment,education; religious serviees; medical, substance use or mental health treatment; attorney visits; court appearances; court-ordered obligations, activities approved by thç court or essential activities approved in advance by the Supervising officer; or (handwritten) education once verification is provided to pretrial services.

8.　　Mr. Valcin shares custody of two minor children—a son who is 7 years old  and a daughter who is 4 years old. Each child is very active, growing, and in need of normal childhood experiences outside the home.

9.　　Under the current condition, Mr. Valcin must submit a schedule to pretrial services on a weekly basis concerning any permitted activity for which he would need to leave his home.

10.　　Mr. Valcin's son plays youth baseball and Mr. Valcin is unable to attend early evening practices or games as a result of the current condition of home confinement.

11.　　His daughter often asks him to take her to the park or to the movies, which is not permitted under the current condition.

12.　　Mr. Valcin discussed what can be done with pretrial services and it was suggested he should seek a change from home confinement to a curfew, with a continuation of GPS Monitoring.

13.　　Mr Valcin requests that his bond condition be changed from home confinement under (o)(ii) Home Confinement to (o)(1) Curfew as follows:

> "The defendant shall participate in the location monitoring program and comply with the following requirement. The defendant shall be restricted to  his residence every day from 10 PM to 10 AM or as directed by the supervising officer"

14.     Diamond Crooms, Mr. Valcin's surety on the bond, also consents to the change in conditions and has agree to remain as surety.

15.     All other conditions of the bond will remain in effect.

16.     If the Court requires a hearing concerning this Motion, counsel will be out of the jurisdicition from May 11 through May 21, 2026.

## CERTIFICATION PURSUANT TO L.R. 88.9(a)

Pursuant to Local Rule No. 88.9,  undersigned counsel certifies he conferred with the attorney for the government who does not oppose this Motion.

WHEREFORE, Defendant Valcin requests this Court to grant this Unopposed Motion to Modify Bond Condition.

Respectfully Submitted,

**s/JAMES A. SWETZ**
James A. Swetz, Esq.  (Florida Bar Number 0893668)
Attorney Email Address: jaswetz@jaswetzlaw.com
2312 Wilton Drive, Ste 23
Wilton Manors, Fl. 33305
(Tel.) 954-800-6450
Attorney for Defendant Phillip Michael Valcin, Jr.

3

## <u>CERTIFICATE OF SERVICE</u>

I, James A. Swetz, Esquire, Attorney for Defendant, hereby certify that I served a copy of

the foregoing Motion on May 4, 2026 by electronic delivery to all parties.

Respectfully Submitted,

s/**JAMES A. SWETZ**
James A. Swetz, Esq.  (Florida Bar Number 0893668)
Attorney Email Address: jaswetz@jaswetzlaw.com
2312 Wilton Drive, Ste 23
Wilton Manors, Fl. 33305
(Tel.) 954-800-6450
Attorney for Defendant Phillip Michael Valcin, Jr.