**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:25-cr-60273-PCH

**UNITED STATES OF AMERICA**

**Plaintiff**

**vs.**

**LINDSLEY CHAMBERS, JR. et al,**

**Defendants**

_____/

**ORDER GRANTING UNOPPOSED MOTION BY DEFENDANT PHILIP VALCIN, JR. (5)**
**TO MODIFY BOND CONDITIONS**

THIS CAUSE came before the Court upon Valcin's Unopposed Motion to Modify Bond

Conditions [D.E.      ] and the Court being duly advised in the premises, it is hereby  ORDERED

and ADJUDGED that the Motion is GRANTED.

Defendant Valcin's Bond Condition of Home Confinement [D.E. 58, Special Condition

(o)(2)]  is hereby modified to remove Home Confinement and to substitute a Curfew [D.E. 58,

Special Condition (o)(1)] as follows:

> "The defendant shall participate in the location monitoring program and comply with the
> following requirement. The defendant shall be restricted to  his residence every day from 10
> PM to 10 AM or as directed by the supervising officer"

All other conditions of the Bond  previously posted shall remain fully in effect.

DONE AND ORDERED in Miami, Florida, this ___ day of May, 2026.


_____
Honorable Paul C. Huck
District Court Judge