**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-60273-PCH-5**

**UNITED STATES OF AMERICA**

**vs.**

**PHILLIP MICHAEL VALCIN, JR.,**

    **Defendant.**

                              /

**GOVERNMENT'S NOTICE OF NON-OBJECTION TO**
**DEFENDANT'S MOTION TO MODIFY BOND CONDITIONS (DE 199)**

The United States of America, by and through its undersigned counsel, hereby notices the Court that, for the reasons set forth in the motion of Defendant Phillip Michael Valcin, Jr. ("Defendant") to modify bond conditions (DE 199) (the "Motion"), the government does not oppose the relief requested in the Motion.

The government further advises the Court that undersigned counsel has conferred with U.S. Probation Officer Jason Roberts, who is presently supervising Defendant, and Probation has no objection to the Motion.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   /s/ David A. Snider
       David A. Snider
       Assistant United States Attorney
       Court ID No. A5502260
       99 N.E. 4th Street | Miami, FL 33132
       Tel: 305-961-9446
       Email: david.snider@usdoj.gov