**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:25-cr-60273-PCH

**UNITED STATES OF AMERICA**

**Plaintiff**

**vs.**

**LINDSLEY CHAMBERS, JR. et al,**

**Defendants**

_____/

## ORDER GRANTING UNOPPOSED MOTION BY DEFENDANT PHILIP VALCIN, JR. (5) TO MODIFY BOND CONDITIONS

THIS CAUSE came before the Court upon Valcin's Unopposed Motion to Modify Bond Conditions [D.E. 199] and the Court being duly advised in the premises, it is hereby  ORDERED and ADJUDGED that the Motion is GRANTED.

Defendant Valcin's Bond Condition of Home Confinement [D.E. 58, Special Condition (o)(2)]  is hereby modified to remove Home Confinement and to substitute a Curfew [D.E. 58, Special Condition (o)(1)] as follows:

"The defendant shall participate in the location monitoring program and comply with the following requirement. The defendant shall be restricted to  his residence every day from 10 PM to 10 AM or as directed by the supervising officer"

All other conditions of the Bond  previously posted shall remain fully in effect.

DONE AND ORDERED in Miami, Florida, this 6th day of May, 2026.

_____

Honorable Paul C. Huck
District Court Judge