Phone: ███████████

---

Date: 03/25/2026

Re: Philip Valcin

To Whom It May Concern,

My name is Dennis Villatoro, RMHCI (Registration # ██████████, and I have been serving as Philip's therapist since January 13, 2026. I have been meeting with him on a weekly basis for individual therapy.

During the course of treatment, Philip has demonstrated significant emotional growth and a strong commitment to self-improvement. He has remained actively engaged in therapy and consistently shows initiative in addressing his mental health, overall well-being, and quality of life. He has demonstrated notable introspection and insight, reflecting an increased awareness of his thoughts, emotions, and behaviors.

Philip has also taken accountability for his past actions and has expressed a clear desire to make meaningful and lasting changes. He has shown motivation to move forward in a responsible and constructive manner, including focusing on his personal development and future goals.

Based on my clinical observations, Philip presents as motivated, reflective, and capable of continued growth. He has been compliant with treatment recommendations and demonstrates the capacity to benefit from ongoing therapeutic support. His progress thus far is meaningful and indicative of his commitment to positive change.

I respectfully ask that the Court take into consideration Philip's active participation in treatment and his demonstrated progress when making determinations regarding his case.

If further information is needed, please feel free to contact me at the number listed above.

Sincerely,

Dennis Villatoro, RMHCI
Registration # ██████████

Exhibit 1