Alazay Livingston



April 9, 2026

The Honorable Judge Presiding

**Re: Sentencing Letter for Mr. Phillip Valcin**

Dear Judge,

I am writing to you with deep respect and sincerity on behalf of Mr. Phillip Valcin, someone I have known since childhood. Having witnessed his life over the years, I feel compelled to share my perspective on his character, his growth, and the genuine transformation he has undergone.

Mr. Phillip Valcin is not defined by the mistakes that have brought him before the Court. He is someone who, despite making serious and regrettable decisions, has always had a kind heart and tremendous potential. Growing up, I knew him to be caring, respectful, and full of promise. Unfortunately, like many, he lost his way for a period of time—but that is not where his story ends.

Over the past year, I have personally seen a profound change in him. He made the conscious decision to turn his life around and commit to a better path. He enrolled in Broward College with the goal of earning his degree and creating a stable, honest future for himself and his family. More importantly, he has stepped into his role as a father in a way that is truly commendable. He is now present, engaged, and determined to be the kind of father he himself did not have. His children are a central motivation in his life, and it is clear that he wants to be a positive and consistent figure for them.

In addition, Mr. Phillip Valcin has strengthened his faith and given his life to Christ. This spiritual transformation has played a significant role in the changes we have seen in him. He has been working to let go of past behaviors and influences that no longer align with the person he is striving to become. While the consequences of his past decisions are now before the Court, I truly believe that the man standing before you today is not the same person he once was.

His decision to plead guilty demonstrates accountability and remorse. He has not attempted to avoid responsibility but instead has accepted the consequences of his actions. That alone speaks volumes about his character and the growth he has made.

Exhibit 2

I respectfully ask the Court to consider leniency in sentencing. Mr. Phillip Valcin has already begun rebuilding his life in a meaningful way. Allowing him the opportunity to continue his education and remain present in his children's lives would not only benefit him but also positively impact those who depend on him. He has the potential to become a productive, law-abiding member of society, and I truly believe he is committed to that path.

Thank you for your time and consideration.

Respectfully,

Alazay Livingston